HORWITZ v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Charles Horwitz against the North British & Mercantile Insurance Company of London & Edinburgh. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 148 N. Y. Supp. 1121.

HOUSE et al., Respondents, v. CLAYTON, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Everett House and others against Frederick D. Clayton. A. L. Davis, of New York City, for appellant. W. C. Rosenberg, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOUSEL, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Willis S. Housel, as administrator, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., dissents, upon the ground that the plaintiff made out a prima facie case under the federal Safety Appliance Act (U. S. Comp. St. 1913, §§ 8605–8612) and the federal Employers' Liability Act (U. S. Comp. St. 1913, §§ 8657–8665).

HULL, Appellant, v. DUNLEVIE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Will B. Hull against Ernest V. Dunlevie. No opinion. Judgment affirmed with costs.

HUNT, Respondent, v. KNICKERBOCKER ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Robert H. Hunt against the Knickerbocker Ice Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the verdict of the jury that defendant did not furnish to plaintiff a reasonably safe rein, is against the weight of the evidence, and for error in refusing to charge as requested at folio 635 of the case on appeal.

In re INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of the Interboro Rapid Transit Company. No opinion. Motion granted. Settle order on notice. See, also, 149 N. Y. Supp. 1088.

In re INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. November 13, 1914.) In the matter of the Interboro Rapid Transit Company. No opinion. Application granted. Settle order on notice. See, also, 149 N. Y. Supp. 1088.

JACOBS, Appellant, v. TIETENBERG et al., Respondents. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Abraham Jacobs against Robert R. Tietenberg and another. S. E. Fairchild, of New York City, for appellant. A. Benedict, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

JASPER, Respondent, v. KRULEWITCH, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Morris Jasper against Sam A. Krulewitch, impleaded with others. J. R. Schiff, of New York City, for appellant. A. S. Marcuson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant appellant to comply with the conditions of the order within 10 days after service of a copy of this order. Order filed.

JENKINS, Respondent, v. JENKINS, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Laura Jenkins against Theodore Sidney Jenkins. No opinion. Order directing payment of alimony and counsel fee affirmed, with $10 costs and disbursements, and stay vacated.

JENNINGS, Respondent, v. MARTIN TULLY CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Mary A. Gordon Jennings against the Martin Tully Construction Company. J. W. Bryant, of New York City for appellant. Albert W. Venino, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JESSE FRENCH & SONS PIANO CO. v. INGRASSIA. (Supreme Court, Appellate Term, First Department. November 19, 1914.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by the Jesse French & Sons Piano Company against Pierina Ingrassia. From a judgment awarding defendant $142 interest and costs, consisting of $20 for costs awarded defendant in a previous action and $122 money alleged to have been paid plaintiff's assignor on account of the purchase of a piano, which contract defendant had rescinded because of infancy, plaintiff appeals. Modified and affirmed. Henry A. Heiser, of